171 A.3d 1269

FAIRFAX FINANCIAL HOLDINGS LIMITED AND CRUM & FOR-STER HOLDINGS CORP., PLAINTIFFS-CROSS-RESPON-DENTS, v. S.A.C. CAPITAL MANAGEMENT, L.L.C., S.A.C. CAPI-TAL ADVISORS, L.L.C., S.A.C. CAPITAL ASSOCIATES, L.L.C., SIGMA CAPITAL MANAGEMENT, L.L.C., STEVEN A. COHEN, DEFENDANTS-CROSS-PETITIONERS, AND ROCKER PART-NERS, L.P., COPPER RIVER ET AL., DEFENDANTS, AND EXIS CAPITAL MANAGEMENT, INC., ET AL., DEFENDANTS, AND SPYRO CONTOGOURIS, ET AL., DEFENDANTS.

C–206 Sept.Term 2017

079412

October 20, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–000963–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.